UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
LITTLE CHUBBY ONE, INC.,

                    Plaintiff,

v.                                      **ORDER**

QUALITY LINE EXPRESS, LLC, et al.,        22-CV-10638 (PMH)

                    Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a pre-motion conference on Defendants' contemplated motion to dismiss or, in the alternative, transfer venue to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a). Plaintiff consented on the record to Defendant's requested transfer. (*See* Transcript.)

The Court, accordingly, GRANTED Defendant's motion to transfer and denied without prejudice Defendant's motion to dismiss.

The Clerk of the Court is respectfully directed to transfer this action to United States District Court for the District of New Jersey pursuant to Local Civil Rule 83.1.

**SO-ORDERED:**

Dated: White Plains, New York
       March 30, 2023

_____
Philip M. Halpern
United States District Judge